JCR

FILED

IN THE UNITED STATES DISTRICT COURT OF TENNESSEE AT KNOXVILLE

MAY 11 4 50 PM '04

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY ________ DEPT. CLERK

| | | |
|---|---|---|
| Frankie Dees, Amy Shillings Carroll, Kristy Murray, Tabitha Emily, Chavon Redwine, Mary Gollaher, Molly Axtell, Crystal Lawson, Shelly Howard, Misty Wilmeth, Dora Johnson James Luffman, Billy Welch, and Will Williams and a class of all males and females detained or incarcerated in the Roane County Jail from June 2002, into the future until this case is resolved<br>Plaintiffs, | § | |
| v. | § | No.: 3:02-CV-626 |
| Roane County, Ken Yager, George Bacon, Troy Beets, Ken Calfee, Una Coffman, Bobby Collier, David Currier, Benny East, Jerry Goddard, Terry Hacker, James W. Harmon, Nadine Jackson, David Olsen, Howard Rose, Fred Teddar, Don Wicks, David Haggard and Fay Hall<br>Defendants. | § | |

## MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT

Come the Defendants, by and through counsel and file this Motion to Dismiss the Plaintiff's Complaint and/or for Summary Judgment. For cause, the Defendants would respectfully show the Court that

1. None of the named Plaintiffs are currently incarcerated in the Roane County Jail and therefore, their claims for injunctive relief should be dismissed as moot;

2. The Plaintiffs' Complaint should be dismissed for failure to exhaust administrative remedies.

In support of this Motion, the Defendants rely upon the following:

1. Affidavit of Captain Fay Hall;

2. Memorandum of Fact and Law in Support of Defendants' Motion to Dismiss and/or for Summary Judgment.

Wherefore, the Defendants respectfully request that the Complaint be dismissed and/or they be granted summary judgment in this cause.

O'NEIL, PARKER & WILLIAMSON

Gary M. Prince, BPR 010091
Jeffrey R. Thompson, BPR 020310
Attorneys for Defendants, Captain Fay Hall and Sheriff David Haggard
P.O. Box 217
Knoxville, TN 37901
(865) 546-7190

Norman H. Newton by JRThompson

Norman H. Newton, BPR 000996
Crawford, Crawford & Newton
Attorney for Defendants, Roane County, Ken Yager, George Bacon, Troy Beets, Ken Calfee, Una Coffman, Bobby Collier, David Currier, Benny East, Jerry Goddard, Terry Hacker, James W. Harmon, Nadine Jackson, David Olsen, Howard Rose, Fred Teddar and Don Wicks
First Tennessee Building
P.O. Box 4338
Maryville, TN 37802-4338
(865) 982-5431

**CERTIFICATE OF SERVICE**

I do hereby certify that an exact copy of this pleading has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by delivering same to the office of said counsel.

This 11th day of May, 2004.

for O'Neil, Parker & Williamson